**Order entered November 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00476-CR

**DANIEL RODRIGUEZ SALDANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-47041-U**

## ORDER

Before the Court is appellant's November 6, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before December 2, 2019.

/s/     LANA MYERS
         JUSTICE